IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MR. STEVEN QUINN,

    Plaintiff,               No. 2:11-cv-1293 KJM DAD (PC)

    vs.

MR. MICHAEL E. HANSEN,

    Defendant.           <u>ORDER</u>

_____/

        On September 1, 2011, plaintiff filed a letter addressed to the Clerk of the Court. This civil rights action was closed on August 23, 2011. Plaintiff's September 1, 2011 filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: September 8, 2011.

                                          _____
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:12
quin1293.58

1