IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MR. STEVEN QUINN,

    Plaintiff,                    No. 2:11-cv-1293 KJM DAD (PC)

    vs.

MR. MICHAEL E. HANSEN,

    Defendant.                  <u>ORDER</u>

         On September 16, 2011, plaintiff filed a letter addressed to the Clerk of the Court, to which numerous documents from state court criminal proceedings are attached. This civil rights action was closed on August 23, 2011. Plaintiff's September 16, 2011 filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

         IT IS SO ORDERED.

DATED: October 14, 2011.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
quin1293.58sec

1